United States Bankruptcy Court

Middle District of Florida

In re:                                                                                          Case No. 21-02980-KSJ

Christopher Michael Hunt                                                          Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 113A-6 | User: thomac | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 05, 2021 | Form ID: B318 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Michael Hunt, 3130 Knollwood Circle, Orlando, FL 32804-3434 |
| 29592495 | + | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 29592497 | + | Debt Recovery Solution, Attn: Bankruptcy, 6800 Jericho Turnpike Suite 113e, Syosset, NY 11791-4401 |
| 29592500 | + | Joan Wadler, Esq., 812 W. Dr. MLK, Jr. Blvd., Ste 101, Tampa, FL 33603-3338 |
| 29592503 | + | Usf Fcu Mtg, Attn: Bankruptcy, 13302 Usf Palm Dr, Tampa, FL 33612-9600 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QMEHENKEL.COM | Oct 06 2021 01:23:00 | Marie E. Henkel, 3560 South Magnolia Avenue, Orlando, FL 32806-6214 |
| 29592493 | + | EDI: CAPIO.COM | Oct 06 2021 01:23:00 | Capio Partners, LLC, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 29592494 | + | EDI: CAPITALONE.COM | Oct 06 2021 01:23:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 29592496 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 05 2021 21:21:26 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 29592498 | + | Email/Text: bknotice@ercbpo.com | Oct 05 2021 21:19:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 29592499 | + | EDI: AMINFOFP.COM | Oct 06 2021 01:23:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 29592491 | | EDI: FLDEPREV.COM | Oct 06 2021 01:23:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 29592492 | | EDI: IRS.COM | Oct 06 2021 01:23:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 29592501 | + | EDI: MID8.COM | Oct 06 2021 01:23:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 29592490 | + | Email/Text: Bankruptcy@octaxcol.com | Oct 05 2021 21:19:00 | Orange County Tax Collector, PO Box 545100, Orlando FL 32854-5100 |
| 29592502 | | EDI: PRA.COM | Oct 06 2021 01:23:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 113A-6       User: thomac       Page 2 of 2

Date Rcvd: Oct 05, 2021       Form ID: B318       Total Noticed: 16

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2021       Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Alan D Borden | |
| | on behalf of Debtor Christopher Michael Hunt data@1800debtrelief.com r48456@notify.bestcase.com;1663805420@filings.docketbird.com |
| Marie E. Henkel | |
| | mehenkel@yahoo.com  mhenkel@ecf.axosfs.com |
| United States Trustee - ORL7/13 | |
| | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 3

<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Christopher Michael Hunt** | Social Security number or ITIN   **xxx–xx–6023** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** | | |
| Case number:   **6:21–bk–02980–KSJ** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christopher Michael Hunt

-

_Karen S. J̲_

_____

Dated: October 5, 2021

Karen S. Jennemann
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**